UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

JEFFREY CANTRELL SHAW,
          Defendant.
--------------------------------------------------------------x

**ORDER**

20 CR 532 (VB)

      A status conference in this violation of supervised release matter is scheduled for <u>January 12, 2022, at 12:00 p.m.</u> The conference is adjourned to **January 13, 2022, at 9:00 a.m.**

      In addition, because of the current public health emergency, the Court will conduct the conference by telephone conference call, provided that defendant waives his right to be physically present and consents to appear by telephone after consultation with counsel.

      Accordingly, it is hereby ORDERED:

1.    By <u>January 7, 2022</u>, defense counsel shall advise the Court in writing as to whether her client waives his right to be physically present and consents to appear by telephone.

2.    At the time of the scheduled hearing, all counsel and defendant shall attend by calling the following number and entering the access code when requested:

      **Dial-In Number: (888) 363-4749 (toll free) <u>or</u> (215) 446-3662**
      **Access Code: 1703567**

Dated: December 29, 2021
       White Plains, NY

                           SO ORDERED:

                           _/s/ Vincent L. Briccetti_
                           Vincent L. Briccetti
                           United States District Judge