UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                                                    :
v.                                                                 :
                                                                    :       **ORDER**
JEFFREY SHAW,                                        :
                                     Defendant.    :       20 CR 532 (VB)
--------------------------------------------------------x

     At the sentencing hearing on April 13, 2022, in this violation of supervised release matter, for the reasons stated on the record, the Court imposed a sentence of, among other things, TIME SERVED. Accordingly, defendant Jeffrey Shaw, USM #52203-037, is hereby ORDERED released from the custody of the United States Marshal, subject to any detainers or detention orders lodged by any immigration or law enforcement authorities.

Dated: April 13, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge